

| | |
|---|---|
| **usdc_ecf_ilnd@ilnd.uscourts.gov** | To   InterdistrictTransfer_ALSD@alsd.uscourts.gov |
| 12/07/2007 11:57 AM | cc |
| | bcc |
| | Subject   Transferred case has been opened |

```
CASE: 1:07-cv-00709

DETAILS: Case transferred from Alabama Southern
has been opened in Northern District of Illinois - <font color=red>CM/ECF
LIVE, Ver 3.0</font>
as case 1:07-cv-06711, filed 12/07/2007.
```